IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL E. DAVIS and GLOBAL SALES CALL CENTER, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF PHILADELPHIA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 14-06979 |

## ORDER

**AND NOW**, this 21st day of July, 2015, upon consideration of Defendant City of Philadelphia' Motion to Dismiss, (ECF No. 14), Plaintiffs Michael E. Davis and Global Sales Call Center, LLC's response in opposition, (ECF No. 15), the parties' supplemental briefing, (ECF Nos. 20, 21, 22), and counsel's arguments at a hearing held on July 15, 2015, it is **ORDERED** that the amended complaint is **dismissed**.

                                                BY THE COURT:

                                                */s/ Gerald J. Pappert*
                                                GERALD J. PAPPERT, J.